**Dismissed and Memorandum Opinion filed February 12, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00888-CV

### ROBERTO LUIS FRUTO GUEVARA, Appellant

### V.

### CONSUELA LEONA TSINNIJINNIE, Appellee

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-212348**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 10, 2014. The notice of appeal was filed November 3, 2014. To date, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. § 51.207.

On January 13, 2015, this court ordered appellant to pay the appellate filing fee on or before January 28, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.